**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

NAKIA BASKERVILLE,

        Plaintiff,

vs.

ALBERTSON'S, LLC, *et al.*,

        Defendants.

2:15-cv-00902-JAD-VCF

**ORDER**

        Before the court is Defendant Albertson's, LLC's Motion for Sanctions for Plaintiff's Spoliation of Evidence and Failure to Comply with Fed. R. Civ. P. 37 (#18).

        IT IS HEREBY ORDERED that a hearing on Defendant Albertson's, LLC's Motion for Sanctions for Plaintiff's Spoliation of Evidence and Failure to Comply with Fed. R. Civ. P. 37 (#18) is scheduled for 11:00 a.m., January 6, 2016, in courtroom 3C.

        DATED this 28th day of December, 2015.

        _____
        CAM FERENBACH
        UNITED STATES MAGISTRATE JUDGE