# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

NAKIA BASKERVILLE,

        Plaintiff,

vs.

ALBERTSON'S LLC, *et al.*,

        Defendants.

2:15-cv-00902-JAD-VCF

**ORDER**

Before the court is the Stipulation to Extend Discovery Deadlines (ECF No. 27).

IT IS HEREBY ORDERED that a hearing on the Stipulation to Extend Discovery Deadlines (ECF No. 27) is scheduled for 2:00 p.m., July 28, 2016, in courtroom 3D.

DATED this 19th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE